# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# EASTERN DIVISION

**REBECCA BOYLAND**                                                                                          **PLAINTIFF**

V.                                      NO. 2:14CV00010-BD

**CAROLYN W. COLVIN, Acting Commissioner,**
**Social Security Administration**                                                                  **DEFENDANT**

## JUDGMENT

In accordance with the Court's findings of fact and conclusions of law at an oral argument hearing held on September 25, 2014, and filed in this case (docket entry #15), it is CONSIDERED, ORDERED, and ADJUDGED that the final decision of Carolyn W. Colvin, Acting Commissioner of the Social Security Administration, is AFFIRMED. Judgment is entered in favor of the Commissioner.

So ordered, this 26th day of September, 2014.

_____
UNITED STATES MAGISTRATE JUDGE